UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PEAK ENTERPRISES, INC., | Case No.: 8:02-CV-1598-T-26TGW |
| Plaintiff, | Judge: Honorable Thomas G. Wilson |
| U.S. DENTEK CORPORATION | **NOTICE OF DISMISSAL** |
| Defendant. | **WITHOUT PREJUDICE** |

Please take notice that Plaintiff, PEAK ENTERPRISES, INC., discontinues the above-entitled action and dismisses the complaint without prejudice.

Date: December 31, 2002

This motion/petition/application has been duly considered and is hereby GRANTED/DENIED this 3 day of _____, Jcc

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: Michael Colitz III
Michael J. Colitz, III.
Florida Bar No. 164,348
Trial Counsel
Stephan V. Stein
Florida Bar No. 300,527
Holland & Knight LLP
400 N. Ashley St., Suite 2300
Tampa, Florida 33602
Telephone: (813) 227-8500
Fax: (813) 229-0134

Mark A. Watkins
Ohio Bar No.: 0040519
Hahn, Loeser & Parks LLP
Twin Oaks Estate, 1225 West Market Street
Akron, Ohio 44313
Telephone: (330) 864-5550
Fax: (330) 864-7986

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE was furnished by U.S. Mail, postage prepaid, to: John Jansheski, U.S. Dentek Corporation, 307 Excellence Way, Maryville, TN 37801, this the 31st day of December, 2002.

*Michael J. Colitz, III*
Michael J. Colitz, III

TPA1 #1266068 v2

Date Printed: 01/03/2003

Notice sent to:

    ___    Michael John Colitz III, Esq.
            Holland & Knight
            P.O. Box 1288
            Tampa, FL  33601-1288

    ___    Stefan Vaughn Stein, Esq.
            Holland & Knight, LLP
            400 N. Ashley Dr., Suite 2300
            P.O. Box 1288
            Tampa, FL  33602-1288

            Mark A. Watkins, Esq.
            Hahn Loeser & Parks LLP
            Twin Oaks Estate
            1225 W. Market S.
            Akron, OH  44313